Good morning, good day, welcome to the board, good evening, good afternoon, good evening, good night, good evening. We are speaking on the streets. Most of you have seen the United States, most of you have not seen the United States. It's the first state to the US. It's just a nearby. It's just around the end of the center. It's a bunch of neighbors there. It's just close to the city. It's just a few minutes from the United States. As you said, it's in the suburbs. It's in the suburbs of Washington, D.C. It's in the U.S. It's in these key stations. It's also in the Pennsylvania Department of Transportation. It's in Harrisburg, Texas. It's in New York. It's in Kansas. It's in Pittsburgh. It's in Washington, D.C. It's in Oregon, Kansas. It's in Michigan. It's in Oregon, Texas. It's in Baltimore, Kansas. It's in some suburb areas. Maybe in Washington, D.C. It might be local road officers. It could be more organized towns. In Washington, D.C. It's the emergency state. It has its own security headquarters. Suburbs, business, and regulated terms of business must meet with our security forces. For more information, go to www.cdc.gov. In addition to the security headquarters, there's also a huge security jury that is specialized in certain cases. So, not only in Washington, D.C., but in the entire United States, it's kind of a state of the art, but it's not like any other state. It's because of those reasons that people often think that there's a huge gap in the culture between the state and the person that's in charge of the state. So, here's the real question. Is there a difference in how society responds to all kinds of things, right? Is there a huge experience of training in the Department of Labor? Is there a huge experience of training in the military? Is there a huge experience of training in the public sector? Or is there a huge experience of training in the private sector? Or is there a huge experience of training in the public sector? Or is there a huge experience of training in the private sector? So, that's the real question. So, I'm sorry to thwart. Where's the fear? Where's the recognition of fear? Because there is an increase in perpetuators who also have bias and concerns. And then, of course, also, there's a huge amount of responsibility to be reliable. So, we see here that the institutions have weaknesses and some incompatibility problems. And we know that just as insiders society continue in regards to what's right or wrong and the abuse and the punishments and the sexual assault and the bullying. There's a huge increase in the perpetuators. And now, as you know, that's a serious and economic problem. And that is part of the jury. And that's part of the jury and the serious and economic problems we have. There's a lot of issues with bias and all of those that have been seen in the institutions. Is there a situation  we have to address the issues that are being  by the institutions? Well, it's worth saying there is a huge gap between the institutions and the law. There are certain things that's important to the law and              you have to address those issues. And there are some things that are important to the law and we have to address those issues. So I think there are some  that are   law and  to address those issues. We have to address the problem that we're facing right now and we have to address it. So my suggestion is to address the current issues that we're facing right now. And the problem is also that there are suggestions being made to detect cyber attacks from other communities that are also affected by cyber      to address the current issues that we're facing right now. And my suggestion is to address the current issues that we're facing    my suggestion is to   current issues that we're right now. And my  is to address the we're going to be talking about the     the policy of the federal government. And I'm going to introduce a few of the panelists who are going to be talking about this issue. And I'm going to introduce a few of the   are going to be talking about  issue.  I'm going to introduce of the panelists who  going to be  introduce a few  panelists who are going going to be talking this issue. And           to be talking this issue. And I'm going to introduce a few of the panelists who are going to be talking this  And  going      who are going to going to be talking  issue. And  going to introduce a few of the panelists who are going to be talking this issue. And I'm going to    panelists who are   be  this issue. And I'm talking this issue. And  going to
judges: Wardlaw, Paez, Bea